**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000165
26-OCT-2012
11:40 AM**

NO. CAAP-12-0000165

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CAROL A. ADELKOFF, Plaintiff-Appellee, v.
STEVEN C. KAPLAN, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-D NO. 04-1-0155K)

ORDER GRANTING THE STIPULATION TO
DISMISS APPEALS FILED ON MARCH 13 AND MAY 22, 2012
(By: Foley, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the "Stipulation to Dismiss Appeals Filed on March 13 and May 22, 2012," filed on October 11, 2012 by Defendant-Appellant Steven C. Kaplan (Kaplan), the papers in support, and the records and files herein, it appears that (1) Kaplan and Plaintiff-Appellee Carol A. Adelkoff (Adelkoff) stipulate to dismiss Appeal No. CAAP-12-0000165 with prejudice, with each party to bear his or her own fees and costs associated with the appeal; (2) counsels for Kaplan and Adelkoff have signed the stipulation; (3) the record on appeal has not been filed; and

(4) Hawai'i Rules of Appellate Procedure Rule 42(a) provides, "If an appeal has not been docketed, the appeal shall be dismissed upon the filing of a stipulation for dismissal signed by all the parties."

Therefore, IT IS HEREBY ORDERED that Appeal No. CAAP-12-0000165 is dismissed.

DATED: Honolulu, Hawai'i,  October 26, 2012.

Presiding Judge

Associate Judge

Associate Judge